1  ROY A. COMBS, CSB No. 123507
   JOHN W. ALLEN, CSB No. 137496
2  MICHAEL L. SMITH, CSB No. 217751
   OAKLAND UNIFIED SCHOOL DISTRICT
3  1025 Second Avenue, Room 406
   Oakland, CA  94606
4  Telephone: (510) 879-8535
   Fax: (510) 879-1833
5
   Attorneys for Defendant
6  OAKLAND UNIFIED SCHOOL DISTRICT

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
   CAROL MANUEL,                          Case No. C05-04280 CRB (ADR)
10
                Plaintiff,                 STIPULATION TO CONTINUE DATE FOR
11                                         DEFENDANT TO RESPOND TO COMPLAINT
        vs.
12
   OAKLAND UNIFIED SCHOOL DISTRICT,
13
                Defendant.
14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE DATE FOR                1                    C05-04280 CRB
DEFENDANT TO RESPOND TO COMPLAINT

2005-12-01 11:04      OUSD Legal Dept.       (510) 879-1833 >> 96392961      P 3/3

1    Pursuant to Civil Local Rule 6-1(a), the parties hereto, Plaintiff, Carol Manuel, and

2    Defendant, Oakland Unified School District, hereby agree by and through their attorneys of record,

3    to extend the date by which Defendant may file an answer or other responsive pleading to Plaintiff's

4    complaint up to and including Thursday, December 22, 2005.

5        IT IS SO STIPULATED.

6

7    Dated: December 1, 2005        DOROTHY D. GUILLORY

8                                   By: _____

9                                   Dorothy D. Guillory
                                     Attorney for Plaintiff
10                                   CAROL MANUEL

11

12   Dated: December 1, 2005        ROY A. COMBS
                                     General Counsel
13

14                                  By: _____

15                                  Michael L. Smith
                                     Attorney for Defendant
16   L114004                        OAKLAND UNIFIED SCHOOL DISTRICT

17

18

19   December 05, 2005

20

21

22

23

24

25

26

STIPULATION TO CONTINUE DATE FOR              2              C05-04280 CRB
DEFENDANT TO RESPOND TO COMPLAINT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Charles R. Breyer

p.3                                           Dec 01 05 11:39a