```
1  ROY A. COMBS, CSB No. 123507
   JOHN W. ALLEN, CSB No. 137496
2  MICHAEL L. SMITH, CSB No. 217751
   OAKLAND UNIFIED SCHOOL DISTRICT
3  1025 Second Avenue, Room 406
   Oakland, CA  94606
4  Telephone:  (510) 879-8535
   Fax:  (510) 879-1833
5
   Attorneys for Defendant
6  OAKLAND UNIFIED SCHOOL DISTRICT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL MANUEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. C05-04280 CRB (ADR)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL |

Pursuant to Civil L.R. 7-12, the parties stipulate to a continuance of the trial date in this matter from December 4, 2006, to April 27, 2006, or such other date as the Court may set, and respectfully request that the Court order same, for the following reasons:

1. The parties were unable to complete the scheduled settlement conference, which was set for October 17, 2006, because Defendant's counsel (including the General Counsel and Associate Counsel) are still in a trial in the Alameda County Superior Court which began on October 10, 2006 (*Brandyn S. v. Oakland Unified School District*, ACSC Case No. RG05199101). Defendant's counsel are also currently set to begin another trial (*Wilson v. Oakland Unified School District*, ACSC Case No. RG04168661) in the Alameda County Superior Court on October

27, 2006.[1] Consequently, Defendant's counsel are unavailable to participate in a judicial settlement conference until mid- to late November 2006, and are also unable to adequately prepare to fairly represent their client for the December 4, 2006 trial in this matter. There is also a reasonable expectation that this case may settle at the settlement conference, when it is rescheduled.

2. Kaiser Hospital has been dilatory in responding to a records subpoena for medical records relating to Plaintiff's past and present physical condition. The records have been subpoenaed, and as this is a disability discrimination case, both Plaintiff and Defendant need to access and review the medical records concerning Plaintiff's physical condition in order to engage in meaningful settlement discussions, and to conduct the deposition of percipient physicians who treated Plaintiff and diagnosed her condition. Such depositions have been delayed because the records have not yet been received from Kaiser Hospital. Production by Kaiser is expected within the next 30 days.

3. Plaintiff has been attempting to arrange the depositions of two former OUSD employees who were involved in the events surrounding Plaintiff's employment – Leonard Bellow and Barbara Thomson. However, it is Plaintiff's understanding that the last known address of Ms. Thomson is not current and Ms. Thomson did not leave a last known telephone number with OUSD. Further, Mr. Bellow's last known telephone number does not appear to be current, and Plaintiff is endeavoring to serve Mr. Bellow with a deposition subpoeona. Plaintiff needs to take these depositions before the trial of this matter. Plaintiff's counsel has also experienced personal family matters which have also impacted her ability to conduct discovery regarding Mr. Bellow and Ms. Thomson.

---

[1] The trial date in *Wilson* was set on February 22, 2006.

4. Defendant's counsel also have trials set as follows:

    a. January 26, 2006 – *Allstate v. Oakland Unified School District* (Alameda County Superior Court Case No. WG06268609).

    b. February 2, 2006 – *Colbert v. Oakland Unified School District* (Alameda County Superior Court Case No. RG05239112).

    c. February 16, 2006 – *Hammonds v. Oakland Unified School District* (Alameda County Superior Court Case No. RG05241207).

    d. March 2, 2006 – *Mellion v. Oakland Unified School District* (Alameda County Superior Court Case No. RG05213316). However, there is a reasonable chance that this case may be resolved before trial.

For the foregoing reasons, the parties respectfully request that the Court continue the trial date (and all other pre-trial dates and deadlines) in this matter to April 27, 2006, or such other date as the Court may set.

IT IS SO STIPULATED.

Dated: October 25, 2006

DOROTHY D. GUILLORY

By: _____
Dorothy D. Guillory
Attorney for Plaintiff
CAROL MANUEL

Dated: October 25, 2006

ROY A. COMBS
General Counsel

By: _____
Michael L. Smith
Attorney for Defendant
OAKLAND UNIFIED SCHOOL DISTRICT

1  **GOOD CAUSE APPEARING,** and pursuant to stipulation, the Court orders that:

2    1. The trial date in this matter is continued to _January 22,_____, 2007 at 8:30 a.m.

3    2. All pre-trial dates and deadlines are established by the new trial date.

4       Pre Trial Conference set for January 16, 2007 at 2:30 p.m.

7  **IT IS SO ORDERED.**

9                         JUDGE OF THE UNITED S...

11  L144004            November 3, 2006

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*