```
DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA  94577
(510) 639-2959, Fax:  (510) 631-2961

Attorney for Plaintiff
CAROL MANUEL

ROY A. COMBS, General Counsel
Oakland Unified School District
1025 Second Avenue, Room 406
Oakland, CA  94606
(510) 879-8535, Fax: (510) 879-1833

Attorney for Defendant
OAKLAND UNIFIED SCHOOL DISTRICT
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL MANUEL,<br><br>    Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.: C 05-04280 CRB (MEJ)<br><br>STIPULATION OF DISMISSAL |

Plaintiff CAROL MANUEL, and Defendant OAKLAND UNIFIED SCHOOL DISTRICT ("OUSD"), through their respective attorneys, stipulate to the dismissal of this case under Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: April 4, 2007

_____       Oakland Unified School District
DOROTHY D. GUILLORY        By: _____
ATTORNEY FOR PLAINTIFF        ROY A. COMBS, GENERAL COUNSEL
     ATTORNEY FOR OUSD

Stip. of Dismissal, p. 1

IT IS SO ORDERED
Judge Charles R. Breyer
April 6, 2007

1